U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
DEC 22 2015
AT____ O'CLOCK____
Lawrence K. Baerman, Clerk - Binghamton

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
************************************

JAMIE L. DOTE-LOWERY,

        Plaintiff,

        Civil Action No. 6:14CV570 / 14-0570

v.

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

************************************

**CONSENT ORDER FOR PAYMENT OF FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT**

This matter having been opened to the Court by STEVEN R. DOLSON for an Order awarding attorney fees pursuant to the Equal Access to Justice Act, (28 U.S.C. § 2412), and it appearing that RICHARD S. HARTUNIAN, United States Attorney, and KAREN T. CALLAHAN, Special Assistant United States Attorney, attorneys for defendant, having consented to the entry of an Order awarding an amount of Three Thousand Two Hundred Dollars ($3,200.00); the Court having reviewed the record in this matter;

IT IS on this 19th day of December 2015;

ORDERED that plaintiff be allowed a fee award under the Equal Access to Justice Act in the amount of Three Thousand Dollars Two Hundred Dollars ($3,200.00). Fees are payable to the plaintiff, but if plaintiff does not owe a debt subject to offset under the

Treasury Offset Program, payable to the attorney.

_____
THOMAS J. MCAVOY, Judge
United States District Court

The undersigned hereby consent to the form and entry of the within order.

RICHARD S. HARTUNIAN
United States Attorney

Date: December 14, 2015        By:    /s/ Karen T. Callahan
                                      KAREN T. CALLAHAN
                                      Special Assistant U.S. Attorney
                                      Bar No. 513794


                                      LAW OFFICES OF STEVEN R. DOLSON

                               By:         S/ Steven Dolson
                                      STEVEN R. DOLSON, ESQ.
                                      Attorney for Plaintiff